Craig Cunningham, Pro Se
3000 Custer Road, Suite 270-206
Plano, TX 75075

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG CUNNINGHAM,<br><br>                    Plaintiff,<br><br>v.<br><br>PLIVO, INC.; JOSEPH CUCURILLO; MARLENA CUCURILLO; STEVEN PRATT,<br><br>                    Defendants. | Case No.: 3:19-cv-06605-WHA<br><br>NOTICE OF DISMISSAL WITHOUT PREJUDICE |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff Craig Cunningham ("Plaintiff") hereby dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: January 9, 2020

By: *Craig Cunningham*
    Plaintiff,

\* Filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

NOTICE OF DISMISSAL                                    -1-

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2020, I caused a true and correct copy of the foregoing to be served via the United States District Court's CM/EFC system, which will provide a copy to all counsel of record registered to receive CM/ECF notifications.

By: _____
Seth W. Wiener